| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Fisher, D. Michael | 2. Court or Organization Court of Appeals Third Circuit | 3. Date of Report 5/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 12/15/2003 to 12/31/2004 |
| 7. Chambers or Office Address 301A U.S.P.O & Courthouse Seventh Ave. and Grant St Pittsburgh, PA 15219-1906 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Circuit Judge | U.S. Court of Appeals, Third Circuit |
| 2. Adjunct Professor | University of Pittsburgh School of Law |
| 3. Trustee | John A. Murphy, Trust B1 |
| 4. Trustee | John A. Murphy, Trust B2, Resigned 10/29/04 |
| 5. Trustee | John A. Murphy, Trust A, Resigned 4/28/04 |
| 6. Secretary, Vice President and Director | St. Clair Country Club |
| 7. Member, Board of Trustees | University of Pittsburgh |
| 8. Attorney-In-Fact/Power of Attorney | ███████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1975-03 | Pennsylvania State Employees Retirement Fund, Defined Benefit Pension Plan |

RECEIVED MAY 10 9 56 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Commonwealth of Pennsylvania (Attorney General) | 3,175.50 |
| 2. | 2 04 | University of Pittsburgh School of Law | 1,875.00 |
| 3. | 2004 | John A. Murphy Trust A, Trustee Fees | 8,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Harcourt Publishing (Consultant) |
| 2. | 2004 | Duquesne University (Student-Teacher Supervisor) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Legacy Foundation | January 12-13 - Washington, D.C.; Board of Directors Meeting (Hotel and Parking) |
| 2. | Pennsylvania Bar Association | January 20-25 - Palm Beach, FL; Participation in PBA Midyear Meeting (Hotel and Meals) |
| 3. | National Association of Attorneys General | June 15-18 - Santa Monica, CA; Speaker at 2004 NAAG Summer Meeting (Hotel, Meals, Entertainment and Transportation) |
| 4. | The Academy of Trial Lawyers of Allegheny County | September 30-October 1 - Participation in 2004 Masters of Trial Advocacy Retreat (Hotel and Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Pittsburgh Medical Center (UPMC) | 6/10/04 Guest, Mario Lemieux Golf Tournament, Nevillewood, PA | $500 |
| 2. | Donald R. Cameron | 9/20/04 Guest, 84 Lumber PGA Tour Event, Nemacolin Woodlands, PA | $50 |
| 3. | See attached list under Part VIII | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fisher, D. Michael | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Vanguard Wellington Fund | B | Dividend | L | T | | | | | |
| 2. Legg Mason Opportunity Trust | A | Dividend | J | T | Sell (2003) | 11/1 | J | T | |
| 3. Citizens Bank of Pennsylvania | A | Interest | J | T | | | | | |
| 4. PNC Bank | A | Interest | J | T | | | | | |
| 5. PSECU | A | Dividend | J | T | Sell | 2/1 | J | T | |
| 6. National City Bank (cash) | | None | J | T | Closed | | | | |
| 7. Mass Mutual Flex Extra IRA | | None | M | T | | | | | |
| 8. Metropolitan Life Ins. Co. (X) | B | Interest | | | | | | | |
| 9. Scudder Investments, Money Market Fund, IRA | | None | J | T | | | | | |
| 10. PA State Employee Retirement Fund | D | Interest | P1 | U | | | | | |
| 11. MML Investor Services, Inc. Rollover IRA | | None | M | T | Buy | 2/20 | M | | |
| 12. John A. Murphy Trust B1 | C | Interest | M | T | | | | | |
| 13. -DH Lehman Bros. BL FSB Callable CD | | | | | | | | | |
| 14. -Federated High Income Bond Fund | | | | | | | | | |
| 15. -Putnam High Yield Trust | | | | | | | | | |
| 16. -Merrill Lynch CMA Account | | | | | | | | | |
| 17. John A. Murphy Trust B2 | E | Interest | N | T | Resigned | 10/29 | | | |
| 18. -DH Lehman Bros. BL FSB Callable CD | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $6,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $6,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   ● = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D. Michael | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Federated High Income Bond Fund | | | | | | | | | |
| 20. -Putnam High Yield Trust | | | | | | | | | |
| 21. -Merrill Lynch CMA Account | | | | | | | | | |
| 22. -Outboard Haven, Inc., Note | | | | | | | | | |
| 23. John A. Murphy Trust A | E | Interest | O | T | Resigned | 4/28 | | | |
| 24. -Merrill Lynch CMA Account | | | | | | | | | |
| 25. -Federal National Mortgage Assoc. Callable Notes | | | | | | | | | |
| 26. -Verizon Global FDG Corp. Note | | | | | | | | | |
| 27. -For Motor Credit Company Bond | | | | | | | | | |
| 28. -Sears Roebuck Acceptance Bonds | | | | | | | | | |
| 29. -NM DaimlerChryNA BE | | | | | | | | | |
| 30. -NM Household Finance Corp. BE | | | | | | | | | |
| 31. -NM Boeing Capital Corp. BE | | | | | | | | | |
| 32. -CBS Inc., Senior Note | | | | | | | | | |
| 33. -NM Bank America Corp. BE | | | | | | | | | |
| 34. -Chase Capital Securities | | | | | | | | | |
| 35. -BSCH Finance Ltd. | | | | | | | | | |
| 36. -Highwoods Properties | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = 50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D. Michael | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. –Household Capital Trust VI | | | | | | | | | |
| 38. –Yorkshire Capital Trust I | | | | | | | | | |
| 39. –NAB Exchangeable PFD TR | | | | | | | | | |
| 40. –Fleet Capital Trust VII | | | | | | | | | |
| 41. –JP Morgan Chase Cap X | | | | | | | | | |
| 42. –Rhone Poulenc | | | | | | | | | |
| 43. –ADC Telecommunications, Inc. Stock | | | | | | | | | |
| 44. –Citigroup, Inc. Stock | | | | | | | | | |
| 45. –Crown Castle Intl. Corp. Stock | | | | | | | | | |
| 46. –Costco Wholesale CRP Del. Stock | | | | | | | | | |
| 47. –Dollar Tree Store Inc. Stock | | | | | | | | | |
| 48. –Duke Energy Corp. Stock | | | | | | | | | |
| 49. –GE Stock | | | | | | | | | |
| 50. –Hospitality PPTYS Tr Stock | | | | | | | | | |
| 51. –Honeywell Intl. Inc. Stock | | | | | | | | | |
| 52. –Price T. Rowe Group Stock | | | | | | | | | |
| 53. –Pfizer Inc. Stock | | | | | | | | | |
| 54. –Questar Corp. Inc. Stock | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraised  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D. Michael | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | -Solectron Corp. Del Stock | | | | | | | | | |
| 56. | -Travelers PPTY Stock | | | | | | | | | |
| 57. | -Capital Re LLC Preferred Stock | | | | | | | | | |
| 58. | -Davis NY Venture Fund | | | | | | | | | |
| 59. | -Janus Worldwide Fund | | | | | | | | | |
| 60. | -Massachussetts Investors Trust | | | | | | | | | |
| 61. | -ML S+P 500 Index Fund | | | | | | | | | |
| 62. | -ML Small Cap Value Fund | | | | | | | | | |
| 63. | -Corporate Hy Fund III | | | | | | | | | |
| 64. | -PNC Capital Invest. D - Bond | | | | | Buy (2003) | 12/11 | | | |
| 65. | -Lehman Bros. Holding Corp. Bond | | | | | Buy | 4/2 | | | |
| 66. | -Outboard Haven, Inc. Note | | | | | | | | | |
| 67. | -Sandarac Condo, Ft. Myers, FL | | | | | | | | | |
| 68. | Power of Attorney for ███████ | E | Int. & Div. | N | T | | | | | |
| 69. | -Legg Mason Value Trust Mutual Fund | | | | | | | | | |
| 70. | -Western Asset Claymore U.S. Tips Fund 2 | | | | | | | | | |
| 71. | -Common Stock, AT&T Wireless Services, Inc. | | | | | | | | | |
| 72. | -Common Stock, Bell South Corp. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, D. Michael | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. -Common Stock, SBC Communications, Inc. | | | | | | | | | |
| 74. -Common Stock, AT&T Corp. - New | | | | | | | | | |
| 75. -Common Stock, Comcast Corp. - New | | | | | | | | | |
| 76. -Common Stock, Duquesne Light Holdings, Inc. | | | | | | | | | |
| 77. -Common Stock, Equitable Resources, Inc. | | | | | | | | | |
| 78. -Common Stock, Qwest Communications, Inc. | | | | | | | | | |
| 79. -Common Stock, Verizon Communications | | | | | | | | | |
| 80. -Legg Mason - Cash | | | | | | | | | |
| 81. -PNC Bank - Cash | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

I. POSITIONS
4/28/04 I resigned as Trustee of John A. Murphy, Trust A
10/29/04 I resigned as Trustee of John A. Murphy, Trust B2


III. NON-INVESTMENT INCOME
4/28/04 I resigned as Trustee of John A. Murphy, Trust A


V. GIFTS
Friends who shared with Judge Fisher the cost of the Judicial Swearing In Reception at Westin Convention Center on 12/15/03. See Advisory Opinion 98:

Ted Arneault  $592.63
Daniel Beren  $592.63
John Catsimatidis  $592.63
Vincent Deluzio  $750.00
Gregory A. Harbaugh  $592.63
Joseph A. Hardy  $598.00
Thomas Henderson  $592.63
Edwin Klett  $592.63
James Nevels  $600.00
Manny Stamatakis  $592.63
C. Alan Walker  $592.63
Galeo Weabsa  $592.63


VII. INVESTMENTS and TRUSTS
4/28/04 I resigned as Trustee of John A. Murphy, Trust A
10/29/04 I resigned as Trustee of John A. Murphy, Trust B2

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Fisher, D. Michael | 5/3/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

Date  5/3/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544